```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
ICD CAPITAL, LLC, individually   :
and derivatively on behalf of    :
nominal defendant CodeSmart      :
Holdings, Inc.,                  :
                                 :
                    Plaintiff,   :    No. 14 Civ. 8355 (JFK)
                                 :           ORDER
        -against-                :
                                 :
CODESMART HOLDINGS, INC. and     :
SHARON FRANEY,                   :
                                 :
                    Defendants.  :
------------------------------- X
```

**JOHN F. KEENAN, United States District Judge:**

    As requested by Defendants, (ECF No. 87), oral argument on Plaintiffs' motion for leave to file a second amended complaint, (ECF No. 83), will be heard on July 1, 2020 at 2:30 p.m. The argument will take place in Courtroom 20-C if the Daniel Patrick Moynihan United States Courthouse has resumed public hearings; it will occur via teleconference if not. The Court will enter an order in advance of the argument setting forth whether the argument will be in-person or via teleconference.

**SO ORDERED.**

Dated:  New York, New York
        May 26, 2020

                                                John F. Keenan
                                      United States District Judge