UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- X
ICD CAPITAL, LLC, individually  :
and derivatively on behalf of   :
nominal defendant CodeSmart     :
Holdings, Inc.,                 :
                                :
           Plaintiff,   :   No. 14 Civ. 8355 (JFK)
                                :
  -against-                    :           ORDER
                                :
CODESMART HOLDINGS, INC. and    :
SHARON FRANEY,                  :
                                :
          Defendants.      :
------------------------------- X

**JOHN F. KEENAN, United States District Judge:**

Oral argument on Plaintiff's motion for leave to file a second amended complaint, currently scheduled for July 1, 2020 at 2:30 p.m., will be conducted telephonically at the following conference line and dial-in:

    **AT&T Conference Line: 1-888-363-4749**
    **Access Code: 788 3927 #**

**SO ORDERED.**

Dated:  New York, New York
       June 24, 2020

                                    John F. Keenan
                              United States District Judge