**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

––––––––––––––––––––––––––––––––––––––x
                                         :
ICD CAPITAL, LLC                         :
individually and derivatively on       :
behalf of nominal defendant          :
CodeSmart Holdings, Inc.            :
                                         :
        Plaintiff,                  :      Civil Action No.: 14-CV-8355 (JFK)
v.                                   :
                                         :      **NOTICE OF APPEAL**
CODESMART HOLDINGS, INC.,   :
and SHARON FRANEY,             :
                                         :
       Defendants.              :
––––––––––––––––––––––––––––––––––––––x

       Notice is hereby given that Plaintiff in the above-captioned action, ICD Capital, LLC individually and derivatively on behalf of nominal defendant CodeSmart Holdings, Inc. ("CodeSmart"), by and through its undersigned counsel, hereby appeals to the United States Court of Appeals for the Second Circuit the Opinion and Order dated July 13, 2020 [Doc. 92] denying Plaintiff's motion for leave to file a second amended complaint and dismissing Plaintiff's claims against Sharon Franey and CodeSmart with prejudice, and all associated orders and opinions, including, without limitations, the Order dated February 19, 2020 [Doc. 80] granting Defendants' motion to dismiss the amended complaint.

Dated: New York
         August 11, 2020

                                            Respectfully submitted,

                                            ***COUNSEL FOR PLAINTIFF***
                                            ***ICD CAPITAL, LLC***

                                       By:  */s/ Joseph M. Pastore III*
                                            Joseph M. Pastore III (JP1717)
                                            Pastore & Dailey LLC
                                            420 Lexington Ave., 3rd Floor
                                            New York, NY 10170
                                            845-667-5711 (tel)
                                            646-661-4322 (fax)
                                                ***
                                            4 High Ridge Park
                                            Stamford, CT 06905
                                            203-658-8454 (tel)
                                            203-348-0852 (fax)

## **CERTIFICATION**

The undersigned certifies that on the August 11, 2020, the foregoing was filed electronically and notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                          */s/ Joseph M. Pastore III*
                                          Joseph M. Pastore III